| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

SHEDRICK ALEXANDER, §
TDCJ 843441, §
          Plaintiff, §
 §
*versus* §    CIVIL ACTION G-06-161
 §
DISTRICT JUDGE SAMUEL KENT, ET AL., §
 §
          Defendants §

## Opinion on Dismissal

Shedrick Alexander sues as a pauper. 28 U.S.C. § 1915. He claims civil rights violations. 42 U.S.C. § 1983. Alexander is incarcerated in a Texas prison.

Alexander has sued ten other times in district court, including transfers. Four of these lawsuits were dismissed as frivolous or for failure to state a claim. *See Alexander v. West Columbia, et al.*, 4:01cv1227 (S.D.Tex.); *Alexander v. Worham, et al.*, 4:03cv746 (S.D.Tex.); *Alexander v. Brock, et al.*, 6:03cv69 (W.D. Tex.); and *Alexander v. Brazoria District Court*, 3:03cv1024 (S.D.Tex.). When Alexander sued, he was confined in prison or jail. These other cases were dismissed before Alexander filed this case.

A prisoner may not bring a civil action in federal court as a pauper if, while incarcerated, he brought three actions which were dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Alexander's papers do not show such danger.

This civil rights complaint will be dismissed. 28 U.S.C. § 1915(g). Alexander's motion to proceed as a pauper (2) is denied. This dismissal is without prejudice to Alexander raising any habeas corpus claims after exhaustion of state court remedies.

Signed April 3, 2006, at Houston, Texas.

                                                Lynn N. Hughes   USDJ
                                       United States District Judge